**FITZGERALD MONROE FLYNN PC**
JACK FITZGERALD (SBN 257370)
*jfitzgerald@fmfpc.com*
MELANIE R. MONROE (SBN 275423)
*mmonroe@fmfpc.com*
TREVOR FLYNN (SBN 253362)
*tflynn@fmfpc.com*
ALLISON FERRARO (SBN 351455)
*aferraro@fmfpc.com*
DANIEL E. SACHS (SBN 361027)
*dsachs@fmfpc.com*
2341 Jefferson Street, Suite 200
San Diego, California 92110
Phone: (619) 215-1741

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHI NGUYEN, on behalf of herself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>AMERICA ULIKE INTERNATIONAL, INC.,<br><br>Defendant. | Case No. 3:25-cv-06132-JD<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge: Hon. James Donato |

1 | The parties respectfully notify the Court that they have reached an agreement in principle to resolve this action. In light of the parties' settlement, the pending Motion to Dismiss, Dkt. No. 21, currently set for hearing on December 4, 2025, is now moot.

The parties are in the process of finalizing their written settlement agreement and expect to file a notice of dismissal on or before December 3, 2025.

Dated: December 1, 2025                    Respectfully Submitted,

/s/ Trevor Flynn

**FITZGERALD MONROE FLYNN PC**
JACK FITZGERALD
*jfitzgerald@fmfpc.com*
MELANIE R. MONROE
*mmonroe@fmfpc.com*
TREVOR FLYNN
*tflynn@fmfpc.com*
ALLISON FERRARO
*aferraro@fmfpc.com*
DANIEL E. SACHS
*dsachs@fmfpc.com*
2341 Jefferson Street, Suite 200
San Diego, California 92110
Phone: (619) 215-1741
**Counsel for Plaintiff**