1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**FITZGERALD MONROE FLYNN PC**
JACK FITZGERALD (SBN 257370)
*jfitzgerald@fmfpc.com*
MELANIE R. MONROE (SBN 275423)
*mmonroe@fmfpc.com*
TREVOR FLYNN (SBN 253362)
*tflynn@fmfpc.com*
ALLISON FERRARO (SBN 351455)
*aferraro@fmfpc.com*
DANIEL E. SACHS (SBN 361027)
*dsachs@fmfpc.com*
2341 Jefferson Street, Suite 200
San Diego, California 92110
Phone: (619) 215-1741

***Counsel for Plaintiff***

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHI NGUYEN, on behalf of herself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>AMERICA ULIKE INTERNATIONAL, INC.,<br><br>Defendant. | Case No. 3:25-cv-06132-JD<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>Judge: Hon. James Donato |

1      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Chi Nguyen hereby voluntarily

2   dismisses her individual claims with prejudice, and without prejudice as to the putative class.

3

4   Dated: December 3, 2025                          Respectfully Submitted,

5                                                    /s/ Trevor Flynn

6                                                    **FITZGERALD MONROE FLYNN PC**

7                                                    JACK FITZGERALD
                                                     *jfitzgerald@fmfpc.com*
8                                                    MELANIE R. MONROE
                                                     *mmonroe@fmfpc.com*
9                                                    TREVOR FLYNN
                                                     *tflynn@fmfpc.com*
10                                                   ALLISON FERRARO
                                                     *aferraro@fmfpc.com*
11                                                   DANIEL E. SACHS
                                                     *dsachs@fmfpc.com*
12                                                   2341 Jefferson Street, Suite 200
                                                     San Diego, California 92110
13                                                   Phone: (619) 215-1741
                                                     ***Counsel for Plaintiff***
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28